UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON DAVIS, | No. 2:15-cv-0010 KJN P |
| Plaintiff, | |
| v. | ORDER |
| J.A. ZAMORA, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's complaint was dismissed with leave to amend, and on April 8, 2015, plaintiff was granted an extension of time in which to file his amended complaint.  On May 11, 2015, plaintiff filed an amended complaint in which he clarified that he does not seek to challenge the prison disciplinary or raise due process claims stemming from the administrative appeals process.  Plaintiff's amended complaint states that he attached four pages containing 31 paragraphs; however, no such attachment was provided.  Thus, the proposed amended complaint does not include specific charging allegations as to each defendant.  Although plaintiff's original complaint contains a four page statement of claims containing 31 paragraphs, it is unclear whether plaintiff intended to include the same four page statement of claims contained in the original complaint, or whether he had modified any of the factual allegations.  In any event, as plaintiff was informed in the court's screening order, any amended complaint must be complete in

1  itself. (ECF No. 5 at 6.) Thus, the four pages must be part of the first amended complaint as the
2  court cannot refer to the prior pleading to make the amended complaint complete. Because it
3  appears the omission was inadvertent, plaintiff is granted an extension of time in which to submit
4  a complete, original first amended complaint.
5      Accordingly, IT IS HEREBY ORDERED that within twenty-one days, plaintiff shall file
6  a complete first amended complaint that contains the four page statement of claim referred to in
7  the May 11, 2015 filing.
8  Dated:  May 19, 2015

/davi0010.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2